# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2008

135571

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICK ALAN BROWNRIGG,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135571
COA: 270303
Saginaw CC: 05-026641-FH

On order of the Court, the application for leave to appeal the November 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2008

Clerk

s0416